Opinion filed November 16, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed November 16, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00130-CR 

                                                    __________

 

                               TEDRICK
EARL JENNINGS, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                        On
Appeal from the 142nd District Court

 

                                                         Midland
 County, Texas

 

                                                 Trial Court Cause No. CR27408

 



 

                                                                   O
P I N I O N

Tedrick Earl
Jennings has filed in this court a motion to dismiss his appeal.  Both appellant and his counsel have signed
the motion.  The motion is granted, and
the appeal is dismissed.

 

PER
CURIAM

November 16, 2006

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., 

McCall, J., and Strange, J.